UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

RICHMOND, VIRGINIA

| | |
|---|---|
| CATENARY COAL COMPANY, | ) |
| | ) |
| Petitioner, | ) FOURTH CIR. NO.:  14-2122 |
| | ) |
| v. | ) |
| | ) |
| ALBERT F. MINK, | ) |
| | ) |
| Respondent, | ) |
| | ) |
| and | ) |
| | ) |
| DIRECTOR, OFFICE OF WORKERS' | ) |
| COMPENSATION PROGRAMS, UNITED | ) |
| STATES DEPARTMENT OF LABOR, | ) |
| | ) |
| Statutory Respondent. | ) |
| _____ | ) |

---

**JACKSON KELLY PLLC'S
MOTION TO WITHDRAW AS COUNSEL**

---

This matter is currently pending before the United States Court of Appeals for the Fourth Circuit on the appeal filed by Catenary Coal Company, following the award of benefits issued by Administrative Law Judge Richard A. Morgan.  Pursuant to Federal Rule of Appellate Procedure 27 and Fourth Circuit Local Rule 46(c), Jackson Kelly PLLC

respectfully requests leave to withdraw as counsel on behalf of Catenary Coal Company on the following grounds.

1.      Catenary Coal Company is a subsidiary of Patriot Coal Corporation.

2.      On May 12, 2015, Patriot Coal Corporation and its subsidiaries filed for protection under Chapter 11 of the Federal Bankruptcy Code.

3.      On November 3, 2015, Patriot Coal Corporation instructed Jackson Kelly PLLC to withdraw as its counsel in all claims where it was self-insured for federal black lung liability.  This is one of those claims.

4.      In compliance with Fourth Circuit Local Rule 27(a), counsel for Mr. Mink and counsel for the Director were advised of this motion. Counsel for the Director, Gary K. Stearman, said he does not object to this motion.  Counsel for Mr. Mink, Timothy C. MacDonnell, did not indicate whether he objects to this motion.

For these reasons, Jackson Kelly PLLC respectfully requests leave to withdraw as counsel for Catenary Coal Company in this appeal.

Respectfully submitted,

**CATENARY COAL COMPANY,**

By Counsel,


<u>/s/ Jeffrey R. Soukup</u>
Jeffrey R. Soukup, Esq.
Kentucky Bar No. 92029
West Virginia Bar No. 11872
Jackson Kelly PLLC
175 East Main Street, Suite 500
Lexington, KY 40507
(859) 288-2826

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that a copy of the foregoing, **JACKSON KELLY PLLC'S MOTION TO WITHDRAW AS COUNSEL**, was served electronically through CM/ECF, or as otherwise indicated, this the **10th** day of November, 2015.

*<u>Electronic</u>*:             Patricia S. Connor, Clerk of the Court
U. S. Court of Appeals for the Fourth Circuit
Lewis F. Powell, Jr. United States Courthouse Annex
1100 East Main Street, Suite 501
Richmond, VA 23209-3517

Gary K. Stearman, Esq.
Barry H. Joyner, Esq.
United States Department of Labor
Office of the Solicitor
200 Constitution Avenue, N.W.
Washington, DC 20210

Timothy C. MacDonnell, Esq.
Washington and Lee University School of Law
Lewis Hall, Room 106
Lexington, VA 24450

<u>/s/ Jeffrey R. Soukup</u>
*Counsel for Catenary Coal Company*

101397/400
4814-5392-3370